# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __J. Reed Anderson & Karla L. Patch-Anderson__

Chapter 7 Case No. __08-60454__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| eCAST Settlement Corp.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd.<br>Tucson, AZ  85712 | 6 | $440.19 | $2.88 |

Date: March 30, 2011

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757

